FILED
CLERK, U.S. DISTRICT COURT

10/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ GR _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MEJIA, | Case No.  CV 15-00600-RAO |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED:  October 28, 2015

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE